HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
GERALD MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. 2:15-cr-166 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| GERALD MORA, et al., | ) |
| | ) DATE:   September 17, 2015 |
| Defendants. | ) TIME:    9:00 a.m. |
| | ) JUDGE:  Hon. Morrison C. England, Jr. |
| | ) |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong and Christiaan Highsmith, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Gerald Mora, through Kelly Babineau, attorney for Richard Puffer, through Michael Chastaine, attorney for Jasper Tendoy and through Michael Long, attorney for Cody Preacher, that the status conference scheduled for September 17, 2015 be vacated and continued to October 1, 2015 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2  excluded of this order's date through and including October 1, 2015; pursuant to 18 U.S.C.
3  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4  based upon continuity of counsel and defense preparation.
5    Counsel and the defendant also agree that the ends of justice served by the Court granting
6  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

7  DATED: September 15, 2015                Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            GERALD MORA

                                            /s/ Michael Long
                                            MICHAEL LONG
                                            Attorney for Defendant
                                            CODY PREACHER

                                            /s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Defendant
                                            RICHARD PUFFER

                                            /s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Attorney for Defendant
                                            JASPER TENDOY

   DATED: September 15, 2015                BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/Samuel Wong
                                            SAMUEL WONG
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

                                            s/Christiaan Highsmith
                                            CHRISTIAAN HIGHSMITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 1, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 17, 2015 status conference shall be continued until October 1, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT