UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GERALD ALLEN MORA; CODY RAY PREACHER; RICHARD PAUL PUFFER, JR.; and JASPER LEE TENDOY;<br><br>        Defendants. | No. 2:15-cr-00166<br><br>**TRIAL CONFIRMATION ORDER** |

The trial in the above-captioned case, scheduled to commence on March 29, 2016, at 9:00 a.m., was confirmed at the hearing held on February 5, 2016.

**EVIDENTIARY DISPUTES**

All evidentiary disputes capable of being resolved by in limine motions shall be set forth in such motions no later than 4:30 p.m. on February 26, 2016. Oppositions to the motions or statements of non-opposition shall be filed no later than 4:30 p.m. on March 4, 2016. Reply briefs shall be filed no later than March 11, 2016. Hearing on the motions will commence at 9:00 a.m. on March 18, 2016

Any reasonably anticipated dispute concerning the admissibility of evidence that is not briefed in an in limine motion shall be included in trial briefs. E.D. Cal. R. 285(a)(3).

1

**TRIAL PREPARATION**

A. No later than seven court days before trial, the following documents should be filed:

(1) proposed jury instructions and a proposed verdict form;

(2) proposed voir dire questions to be asked by the Court;

(3) trial briefs; and

(4) a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

B. The government's exhibits shall be numbered and eventually marked with stickers provided by the court. Should the defendants elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers provided by the court. The parties may obtain exhibit stickers by contacting the Clerk's Office at (916) 930-4000.

C. A defendant estimated it will take eight (8) court days to try the case, which includes closing arguments. Each side indicated twenty (20) minutes is sufficient for voir dire, which may be used after the judge completes judicial voir dire. The "struck jury" system will be used to select the jury. Two (2) alternate jurors will be empaneled. The Jury Administrator randomly selects potential jurors and places their names on a list that will be provided to each party in the numerical sequence in which they were randomly selected. Each juror will be placed in his or her randomly-selected seat. The first 12 jurors on the list will constitute the petit jury unless one or more of

those 12 is excused for some reason. Assuming that the first listed juror is excused, the thirteenth listed juror becomes one of the twelve jurors.

Following the voir dire questioning, each side will take turns exercising its peremptory strikes. The parties will be given a sheet of paper ("strike sheet") upon which they shall silently exercise their peremptory strikes, commencing with the defendants, by passing the strike sheet back and forth until all peremptory challenges are used or waived.[1] If a side elects to pass rather than exercise a particular peremptory challenge, that challenge is waived.[2]

The parties agreed to retain alternate jurors after the jury retires to deliberate, and that the alternate jurors are no longer required to appear in court unless directed to appear by the courtroom deputy.

D.  It was agreed at the trial confirmation hearing that each defendant has up to fifteen (15) minutes and the government has thirty (30) minutes to make an opening statement.

IT IS SO ORDERED.

Dated:  February 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] Prospective alternate juror peremptory challenges "may be used only to remove alternate jurors." Fed. R. Crim. P. 24(c)(4).

[2] See United States v. Esparza-Gonzalez, 422 F.3d 897, 899 (9th Cir. 2005) (discussing waiver of peremptory challenges in "struck jury system"); see generally United States v. Yepiz, 685 F.3d 840, 845-46 (9th Cir. 2012) (indicating "'use it or lose it' voir dire practice" is authorized if "the composition of the panel" does not change).